In the Matter of the Appraisal under the Transfer Tax Act of Property of BENJAMIN C. BRUNDAGE, Deceased.

Reported below, 31 App. Div. 348.
(Argued January 8, 1900; decided January 16, 1900.)

MOTION to open default taken for failure to file the return herein after due notice, and to reinstate an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 5, 1898, which reversed an order of the surrogate of Allegany county, assessing and fixing a tax under the Transfer Tax Act, upon the interests of certain legatees of the estate of Benjamin C. Brundage, deceased.

*Joseph F. Rice* for motion.

*F. A. Robbins* opposed.

Motion denied, with ten dollars costs.

---

FERRIS J. MEIGS, Respondent, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Appellant.

Reported below, 42 App. Div. 290.
(Argued January 8, 1900; decided January 16, 1900.)

MOTION to advance an appeal from an order of the Appellate Division in the third judicial department, entered July 17, 1899, which reversed a judgment of the Special Term dismissing the complaint.

The motion was made upon the ground that the speedy determination of the appeal may save much unnecessary litigation and the trial of many cases which are now pending.

*T. E. Hancock* for motion.

No one opposed.

Motion granted, without costs.